**Electronically Filed
Supreme Court
SCAD-22-0000486
15-DEC-2022
10:08 AM
Dkt. 111 OSUS**

SCAD-22-0000486

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DISCIPLINARY BOARD OF THE HAWAIʻI SUPREME COURT,
Petitioner,

vs.

MOANIKEʻALA RUTH CROWELL   (Bar No. 9296),
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case Nos. 20-0027, 21-0103,
21-0157, 22-0071, 22-0077, 22-0080, 22-0087)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the August 11, 2022 petition, filed by the Office of Disciplinary Counsel (ODC), seeking, pursuant to Rule 2.12A of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), Respondent Moanikeʻala R. Crowell's immediate suspension from the practice of law, this court's September 16, 2022 order, holding the petition in abeyance to provide Respondent Crowell the opportunity to establish her cooperation, the December 2, 2022 report filed in this matter by the Office of Disciplinary Counsel (ODC), and the record in this

matter, we find that Respondent Crowell has failed to respond to four separate subpoenas lawfully issued by ODC, pursuant to RSCH Rule 2.12, and that therefore grounds exist for the granting of the petition.  See RSCH Rule 2.12A(a).  Therefore,

IT IS HEREBY ORDERED that, pursuant RSCH Rule 2.12A, Respondent Crowell is suspended from the practice of law.  This order is effective immediately and until further order of this court.

IT IS FURTHER ORDERED that this order imposing suspension upon Respondent Crowell shall constitute a suspension for purposes of RSCH Rule 2.16.  The Disciplinary Board of the Hawaiʻi Supreme Court and Respondent Crowell shall therefore comply with the relevant requirements of that Rule.

IT IS FURTHER ORDERED that the clerk of the court, pursuant to RSCH Rule 2.16(f), shall promptly transmit by electronic means a copy of this order to all judges of the State of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, December 15, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

2